**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**CASE NO.: 26-cv-21264-Becerra**

STARR INDEMNITY & LIABILITY COMPANY,

      Plaintiff,

vs.

LEGACY TOWER MWC, LLC,

      Defendant.

_____/

### NOTICE OF FILING CORRECTED[1] PROPOSED FINAL JUDGMENT

Plaintiff, Starr Indemnity & Liability Company, by and through undersigned counsel, hereby files this Notice of Filing Corrected Proposed Final Judgment (the "Notice") and states as follows:

1. On April 1, 2026, the Plaintiff filed its Motion for Entry of Default Final Judgment Against Defendant and Memorandum of Law in Support Thereof (the "Motion") [Dkt. No. 9]. The Proposed Default Final Judgment was attached as [Dkt. No. 9-4].

2. The Proposed Default Final Judgment stated the last known address of Defendant as 1010 NE 2nd Avenue Miami, Florida 33132.

3. Plaintiff has simultaneously filed a Notice of Last Known Address [Dkt. No. 11] noting Defendant's address as 333 S.E. 2nd Ave, Suite 3000, Miami, Florida 33132.

4. A copy of the Corrected Proposed Final Judgment is attached hereto as Exhibit "A."

---

[1] Corrected only as to Defendant's updated last known address.

Dated: April 30, 2026

Respectfully submitted,

/s/ David A. Samole
David A. Samole
Fla Bar ID #582761
das@kttlaw.com
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134
305.372.1800

*Attorneys for Starr Indemnity & Liability Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served same via U.S. Mail upon Legacy Tower MWC, LLC, attn.: Daniel Kodsi, 333 S.E. 2nd Ave, Suite 3000, Miami, Florida 33132.

/s/ David A. Samole
David A. Samole

2