# EXHIBIT A

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**CASE NO.: 26-cv-21264-Becerra**

STARR INDEMNITY & LIABILITY COMPANY,

Plaintiff,

vs.

LEGACY TOWER MWC, LLC,

Defendant.

_____

**DEFAULT FINAL JUDGMENT**

**THIS CAUSE** comes before the Court on Plaintiff's Motion for Entry of Default Final Judgment against Defendant (the "Motion") [Dkt. No. 9], filed on April 1, 2026. For the reasons set forth in the Court's Order Granting the Motion [Dkt. No. 10], entered separately, it is hereby

**ORDERED AND ADJUDGED** that Final Judgment is hereby entered in favor of Plaintiff, Starr Indemnity & Liability Company, and against Defendant, Legacy Tower MWC, LLC, as follows:

1. Damages in the amount of $123,011.00; and

2. Prejudgment interest at the of 8.25% from July 1, 2025 through the date of entry of this judgment;

3. Post-judgment interest at the federal rate from the date of entry of this judgment through payment of this judgment in full;

4. The name and last known address of Judgment Debtor is Legacy Tower MWC, LLC, attn.: Daniel Kodsi, 333 S.E. 2nd Avenue, Suite 3000, Miami, Florida 33132.

5. The name and last known address of Judgment Creditor is Starr Indemnity & Liability Company, 399 Park Avenue, 2nd Floor, New York, NY 10022.

6. The Court retains jurisdiction to enforce the Final Judgment; and

7. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in the Southern District of Florida on _____, 2026.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record

2